# EXHIBIT A

## AMENDED LOAN AGREEMENT

THIS LOAN AGREEMENT ("**Agreement**"), dated November 26, 2019 (the "**Effective Date**") is entered into by and between Base Media Technology Group, Ltd., a company organized and existing under the laws of Hong Kong ("**Borrower**"), and Bill Chase, an individual ("**Lender**"). This Agreement amends in its entirety the Loan Agreement dated December 31, 2018.

Lender has provided various Loans using various companies under his control including The Production House Ltd; Production House of Cinema, Inc.; Film Finances, Inc.; Production House International LLC; Pre Production Capital, LLC; Knightsbridge Entertainment Inc.; Starfall Ltd.; Production Capital Entertainment; Production Capital Corp;Production Capital LLC; Production Capital Legacy Partners; Production Capital LLC ATTN Kevin; Friends of Production Capital; Silver Screen Finance Inc; Gosdom INC; ▮▮▮▮▮▮▮▮▮▮ Base FXD Production LLC; Kings Offer PTE LTD; RAC Development, INC..Acquisition; Real Winners INC; The Princetion Project INC; Giovine Capital GP LLC; 77 Holdings LLC; QI FA Trading Limited; Juliet R Chung; NG Kwang Meng Andy/Wong Xiu Ying; Raymond TSAI; Andrew C Rucker; Cheque Deposit Jungle Cruise; David E.Bloom; Genext LLC LLC 635 Grove Manor CT; Ju Chen Lo; Lau TSE YAN CINDY ADD.FLAT D, 13/F; ND Properties LLC; The Flynn Family 2007 Trust; Un Lam Choi; Zhi Hui Weng; 1/City 168 Limited; Darryl H Myrose 501 4th ST Manhatt; KCM Galaxy Inc; Lyn Auto Trading Ltd; Maria Chu; Mohamed Shaaban; Remi/Cindy Lau/Ordp/Lau Tse Yan Cindy; Roadmax Enterprise Corp; Wang Chi Chen; Base FX International Limited; Taihesheng Int'l Trading Limited; Chasing Air, Inc. Marina Del Rey, CA; and Chin Hong Woei.

### RECITALS

A. This Agreement governs the loan terms between Borrower and Lender with respect to funds that were lent to Borrower by and on behalf of Lender between the dates of July 4, 2017 and the Effective Date.

B. Lender has agreed to provide, and Borrower has agreed to repay, the Loan upon the terms and conditions set forth in this Agreement.

### AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Loan.** Upon full execution of this Agreement, Lender has transferred the following loans:

    (a) total USD 64,095,352.07 directly paid to Borrower; plus
    (b) total RMB 30,972,100.00 paid to Base Technology Group Limited (北京倍飞视国际视觉艺术交流有限公司) on behalf of Borrower; plus

1

(c) total USD 150,000.00 paid to Harborcoat Holdings Limited and the vendor on behalf of Borrower; plus

(d) total MYR 471,668.00 for the payment to Base Digital Production and for the acquisition of IMACs through Lender's credit card on behalf of Borrower.

(Item from (a) through (d) collectively refer to the "**Loan**") between the dates of July 4, 2017 and the Effective Date, which are set forth in Appendix A.

2. **Repayment and Maturity Date.** As of the date of this Agreement, as set forth in the Appendix B hereof, Borrower: (a) repaid USD 46,675,262.12 (inclusive of USD 930,000.00 of funds released to Skyfire production) of the Loan and repaid RMB 38,688,210. 00 (see Appendix B1); (b) spent USD 9,151,569.97 of the Loan pursuant to the instruction of the Lender to acquire equity in a separate company in Kuala Lumpur, which represents 46% equity ownership in the separate company (see Appendix B2); and (c) transferred USD 4,247,064.71 to the Lord of the West production (which will be documented as a separate equity investment in the production with no guarantee from Borrower). The parties agree that all amounts in this Repayment section are no longer due to the Lender.

As a result of the confirmed transactions set forth in the preceding paragraph, as of the Effective Date, the total amount owed by Borrower to Lender is USD 1,987,319.14 ("**Outstanding Principal**"). Borrower shall repay the Outstanding Principal to Lender before or upon September 1, 2022 (the "**Maturity Date**") with no interest.

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lender agrees that Chris Bremble and ▮▮▮▮▮▮ have 100% sole and exclusive ownership of such property through their 100% owned company ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Borrower has granted no right, directly or indirectly, to Lender for any ownership rights in such property. Lender agrees to extend any mortgage obligation owed on such property until September 1, 2020. Lender further agrees to close any bank accounts and terminate any activities involving such property. Lender further represents that the mortgage of approximately USD 1.2M that Lender took out on this property in December 2018 was sent to Borrower.

4. **Use of Borrower Name.** Lender agrees that Borrower has granted no right, directly or indirectly, to Lender, or to any of their family members, associates, affiliated or controlled entities (even if such affiliation or control is only by contract), agents, successors and assigns, and their respective heirs, personal representatives, affiliates, successors and assigns, to use the name, brand, or trademarks of the Borrower, or any affiliated entities of the Borrower, for any purpose, including without limitation fundraising or business development. Lender further covenants that they and any of their family members, associates, affiliated or controlled entities (even if such affiliation or control is only by contract), agents, successors and assigns, and their respective heirs, personal representatives, affiliates, successors and assigns, shall not, directly or indirectly use the name, brand, or trademarks of the Borrower, or any affiliated entities of the Borrower, including without limitation fundraising or business development, without the express written consent of the Borrower.

5. **Representations and Warranties of Borrower.** Borrower represents and warrants the following:

   (i) Borrower has the right, power, authority and capacity to enter into this Agreement;

   (ii) this Agreement represents a legal, valid, and binding obligation of Borrower, enforceable against Borrower in accordance with its terms;

   (iii) Borrower will ensure that all amounts owed to Lender under this Agreement shall be repaid when due hereunder; and

   (iv) Borrower has the legal capacity to enter into this Agreement on behalf of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. **Representations and Warranties of Lender.** Lender represents and warrants the following:

   (i) Lender has full authority to enter into this Agreement;

   (ii) Lender is the controlling shareholder and has the legal capacity to enter into this Agreement on behalf of himself; The Production House Ltd; Production House of Cinema, Inc.; Film Finances, Inc.; Production House International LLC; Pre Production Capital, LLC; Knightsbridge Entertainment Inc.; Starfall Ltd.; Production Capital Entertainment; Production Capital Corp;Production Capital LLC; Production Capital Legacy Partners; Production Capital LLC ATTN Kevin; Friends of Production Capital; Silver Screen Finance Inc; Gosdom INC; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Base FXD Production LLC; Kings Offer PTE LTD; RAC Development, INC..Acquisition; Real Winners INC; The Princetion Project INC; Giovine Capital GP LLC; 77 Holdings LLC; QI FA Trading Limited; Juliet R Chung; NG Kwang Meng Andy/Wong Xiu Ying; Raymond TSAI; Andrew C Rucker; Cheque Deposit Jungle Cruise; David E.Bloom; Genext LLC LLC 635 Grove Manor CT; Ju Chen Lo; Lau TSE YAN CINDY ADD.FLAT D, 13/F; ND Properties LLC; The Flynn Family 2007 Trust; Un Lam Choi; Zhi Hui Weng; 1/City 168 Limited; Darryl H Myrose 501 4th ST Manhatt; KCM Galaxy Inc; Lyn Auto Trading Ltd; Maria Chu; Mohamed Shaaban; Remi/Cindy Lau/Ordp/Lau Tse Yan Cindy; Roadmax Enterprise Corp; Wang Chi Chen; Base FX International Limited; Taihesheng Int'l Trading Limited; Chasing Air, Inc. Marina Del Rey, CA; and Chin Hong Woei.

   (iii) Lender has not signed any agreements with any third party, other than those entities set forth in Section 4(ii) above, representing any relationship or transaction with the Borrower;

   (iv) The entities in Section 4(ii) above have not signed any agreements with any third parties representing any relationship or transaction with the Borrower;

   (v) the Loans are not an investment in a stock corporation or other business entity selling securities;

   (vi) the Loans are not an equity interest in Borrower;

   (vii) the Loans are not to be considered a secured transaction, and Lender is not afforded the protections of the rules and regulations of the Securities Act of 1933;

3

    (viii)    Lender has no legal right or authority whatsoever in any capacity to make decisions regarding the business of Borrower or to otherwise impact Borrower's business decisions;

    (ix)    Lender is sufficiently knowledgeable and experienced in financial and business matters to be capable of evaluating the merits and risks of making the Loan, and to make an informed decision relating thereto; and

    (x)    Lender confirms that all funding provided pursuant to this Agreement has been obtained and transferred legally in compliance with all relevant banking and other laws and regulations.

7. **Taxes.** In the event that any intangible tax or documentary stamp tax is due from Lender to any government agency or authority because of the execution and delivery of this Agreement or the lending of the Loan, Borrower shall reimburse Lender for any such tax paid by Lender.

8. **Events of Default.** Subject to the requirements of Section 11, each of the following shall constitute an "**Event of Default**":

    a. Borrower's failure to pay the total amount of the Outstanding Principal by the Maturity Date;

    b. Borrower's material breach of any of the terms, provisions, covenants, conditions, agreements or obligations of Borrower contained in this Agreement, which would materially adversely affect the validity, perfection or priority of the Loan; or

    c. Borrower's material breach of any of the other material terms, provisions, covenants, conditions, agreements or obligations contained herein or in any other agreement, contract, indenture, document or instrument executed, or to be executed, by Borrower in connection with this Agreement or pursuant hereto and which would have a material adverse effect on the ability or obligation of Borrower to perform its obligations under this Agreement and under the other documents, agreements and instruments to be executed pursuant hereto.

9. **Remedies Upon Default.** Upon the occurrence of an Event of Default, following written notice by Lender to Borrower of such Event of Default Lender may, by written notice to Borrower, declare the entire Outstanding Principal, minus any amounts that Borrower has Paid to Lender since the Effective Date, due and payable.

10. **Applicable Law and Severability.** Nothing contained herein shall be constructed so as to require the commission of any act contrary to law, and wherever there is any conflict between any provision contained herein and any present or future statute, law, ordinance or regulation contrary to which the parties have no legal right to contract, the latter shall prevail but the provision of this document which is affected shall be curtailed and limited only to the extent necessary to bring it within the requirements of the law. The parties agree that

this Agreement shall be governed by and construed in accordance with the laws of State of California applicable to contracts made and performed within the State of California.

11. **Notice & Cure; No Equitable Relief.** Before Lender can declare a breach or default regarding Borrower's failure to comply with any provision hereof or to 5ulfil any of its obligations hereunder in the manner prescribed (other than the obligation to make timely payments hereunder, with respect to which no notice is required), Lender shall give Borrower written notice specifying the nature of the breach, and Borrower shall have ten (10) days following receipt of such written notice within which to correct or effect a cure of such alleged breach. For the avoidance of doubt, Lender shall not be required to provide any notice to Borrower prior to declaring a breach or default resulting from Borrower's failure to make a payment when due hereunder. In the event of a failure or omission by Borrower constituting a breach of its obligations hereunder, the damage, if any, caused Lender by such breach is not irreparable or sufficient to entitle Lender to injunctive or other equitable relief.

12. **Confidentiality.** The parties acknowledge that any oral or written information exchanged among them with respect to this Agreement is confidential information. Except as, and to the extent, required by law, Borrower and Lender will not disclose or use and will direct their representatives not to disclose or use, any confidential information furnished, or to be furnished, by the other, or its representatives to Company or Lender, as applicable, or its respective representative at any time, or any information about this Agreement, including the Loan, unless (i) such information is already known to the other party or its representatives or to others not bound by a duty of confidentiality or such information becomes publicly available through no fault of the other party or its representatives, (b) the use of such information is necessary or appropriate in making any filing or obtaining any consent or approval required for the consummation of the transaction, or (c) the furnishing or use of such information is required by or necessary or appropriate in connection with legal proceedings. Upon the written request of Lender or Borrower, as applicable, the relevant party will promptly return to the other, or destroy any confidential information in its possession and certify in writing to such other party that it has done so.

13. **Resolution of Dispute by Arbitration.** Any controversy or claim arising out of, or relating to, this Agreement, the breach thereof, or the coverage of this arbitration provision, shall be settled by arbitration pursuant to the provisions of the California Code of Civil Procedure (or such substitute provisions then in force). BY AGREEING TO ARBITRATON ALL PARTIES ARE WAIVING THEIR RIGHT TO A JURY TRIAL. Any such arbitration shall be conducted in Los Angeles, CA. The arbitration of such issues, including the determination of the amount of any damages suffered by any party hereof by reason of the acts or omissions of another, shall be to the exclusion of any resolution of such issues in a court of law. The decision of a majority of the arbitrators shall be final and binding on all parties and their respective heirs, executors, administrators, successors and assigns. Any action to secure a judicial confirmation of the arbitration award may be brought in any state or federal court of competent jurisdiction. If the parties are unable to agree upon the selection of a neutral arbitration institution then either party may, at its election, require that

the arbitration be conducted under the auspices and rules of the American Arbitration Association ("AAA") and that the neutral arbitrator be selected by the AAA. Arbitration hereunder shall not, in any event, (i) prevent any party from joining any other party as defendant in any action brought by or against a third party, nor (ii) prevent any party from filing a legal action hereunder to effectuate any attachment, provisional relief, or summary remedies, provided that such party stipulates in such action, at any other party's request, to arbitration on the merits of said case, nor (iii) prevent a party from filing a legal action to compel arbitration under the arbitration provisions hereof.

14. **Successors and Assigns.** All of the terms and provisions contained herein shall inure to the benefit of and shall be binding upon the parties hereto and their respective heirs, executors, administrators, personal representatives, successors and assigns.

15. **Separate Counterparts.** This Agreement and any amendments, waivers, consent, or supplements hereto may be executed in any number of counterparts, and by different parties hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original, but all such counterparts together shall constitute one and the same instrument.

16. **Entire Agreement.** This Agreement constitutes the entire understanding and agreement of the parties with respect to the subject matter of this Agreement, and supersedes all other agreements, whether written or oral, between the Parties. No representation, promise, inducement or statement of intention has been made by any of the parties hereto not embodied in this Agreement, and no party shall be bound by or liable for any alleged representations, promise, inducement or statement of intention not set forth herein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

Base Media/Technology Group, Ltd. And ▮

By: *(signature)*
Name: Christopher Bremble
Title: CEO


Bill Chase, the individual, and Bill Chase as an authorized representative of The Production House Ltd; Production House of Cinema, Inc.; Film Finances, Inc.; Production House International LLC; Pre Production Capital, LLC; Knightsbridge Entertainment Inc.; Starfall Ltd.; Production Capital Entertainment; Production Capital Corp;Production Capital LLC; Production Capital Legacy Partners; Production Capital LLC ATTN Kevin; Friends of Production Capital; Silver Screen Finance Inc; Gosdom INC; ▮
Base FXD Production LLC; Kings Offer PTE LTD; RAC Development, INC..Acquisition; Real Winners INC; The Princetion Project INC; Giovine Capital GP LLC; 77 Holdings LLC; QI FA Trading Limited; Juliet R Chung; NG Kwang Meng Andy/Wong Xiu Ying; Raymond TSAI; Andrew C Rucker; Cheque Deposit Jungle Cruise; David E.Bloom; Genext LLC LLC 635 Grove Manor CT; Ju Chen Lo; Lau TSE YAN CINDY ADD.FLAT D, 13/F; ND Properties LLC; The Flynn Family 2007 Trust; Un Lam Choi; Zhi Hui Weng; 1/City 168 Limited; Darryl II Myrose 501 4th ST Manhatt; KCM Galaxy Inc; Lyn Auto Trading Ltd; Maria Chu; Mohamed Shaaban; Remi/Cindy Lau/Ordp/Lau Tse Yan Cindy; Roadmax Enterprise Corp; Wang Chi Chen; Base FX International Limited; Taihesheng Int'l Trading Limited; Chasing Air, Inc. Marina Del Rey, CA; and Chin Hong Woei.

By: *(signature)*
Name: Bill Chase
Bill Chase, authorized signing representative, for all companies that have done business with Borrower

**Appendix**

**A.    Loans from Lender to Borrower**

The following spreadsheet sets out the Loans since August 31, 2017:

(a) Total USD 64,095,352.07 directly paid to Borrower:

| Date | Lender | Borrower | USD Amount |
|---|---|---|---|
| 2017/8/31 | FILM FINANCES INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,000,000.00 |
| 2017/11/1 | PRODUCTION HOUSE INTERNATIONAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 350,000.00 |
| 2017/8/5 | PRODUCTION HOUSE OF CINEMA INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 350,000.00 |
| 2017/7/4 | THE PRODUCTION HOUSE, LTD. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 350,000.00 |
| 2018/2/22 | PRE PRODUCTION CAPITAL, LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,000,000.00 |
| 2018/3/1 | PRE PRODUCTION CAPITAL, LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,350,000.00 |
| 2018/11/8 | PRE PRODUCTION CAPITAL, LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 340,000.00 |
| 2018/11/22 | PRE PRODUCTION CAPITAL, LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 150,000.00 |
| 2018/7/4 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 500,000.00 |
| 2018/7/24 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2018/7/25 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2018/8/15 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2018/8/22 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2018/11/30 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2018/12/7 | PRODUCTION CAPITAL CORP. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2018/9/26 | PRODUCTION CAPITAL ENTERTAINMENT | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2018/11/7 | PRODUCTION CAPITAL ENTERTAINMENT | BASE MEDIA TECHNOLOGY GROUP LIMITED | 985,000.00 |
| 2019/2/15 | PRODUCTION CAPITAL LEGACY PARTNERS | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,400,000.00 |
| 2019/2/16 | PRODUCTION CAPITAL LEGACY PARTNERS | BASE MEDIA TECHNOLOGY GROUP LIMITED | 4,000,000.00 |
| 2019/2/20 | PRODUCTION CAPITAL LEGACY PARTNERS | BASE MEDIA TECHNOLOGY GROUP LIMITED | 300,000.00 |
| 2018/12/22 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 45,000.00 |
| 2018/12/22 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 300,000.00 |
| 2018/12/27 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 500,000.00 |
| 2018/12/28 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |

| Date | Payer | Payee | Amount |
|---|---|---|---|
| 2019/1/4 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 280,000.00 |
| 2019/3/12 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 550,000.00 |
| 2019/3/15 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 225,000.00 |
| 2019/3/22 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 150,000.00 |
| 2019/7/9 | PRODUCTION CAPITAL LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 300,000.00 |
| 2019/5/2 | PRODUCTION CAPITAL LLC ATTN KEVIN | BASE MEDIA TECHNOLOGY GROUP LIMITED | 165,000.00 |
| 2019/3/1 | FRIENDS OF PRODUCTION CAPTIAL | BASE MEDIA TECHNOLOGY GROUP LIMITED | 295,000.00 |
| 2019/3/1 | FRIENDS OF PRODUCTION CAPTIAL | BASE MEDIA TECHNOLOGY GROUP LIMITED | 650,000.00 |
| 2019/3/2 | FRIENDS OF PRODUCTION CAPTIAL | BASE MEDIA TECHNOLOGY GROUP LIMITED | 630,000.00 |
| 2019/1/30 | SILVER SCREEN FINANCE INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2019/1/30 | SILVER SCREEN FINANCE INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100.00 |
| 2019/1/31 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,000,000.00 |
| 2019/2/8 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 600,000.00 |
| 2019/3/2 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 300,000.00 |
| 2019/3/26 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 150,000.00 |
| 2019/3/26 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 150,000.00 |
| 2019/4/4 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 200,000.00 |
| 2019/5/4 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 105,000.00 |
| 2019/5/11 | GOSDOM INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,000,000.00 |
| 2018/12/20 | ███████████ | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2019/3/8 | BASE FXD ART PRODUCTION LLC. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 150.00 |
| 2019/4/1 | BASE FXD ART PRODUCTION LLC. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 2,000,000.00 |
| 2019/4/2 | BASE FXD ART PRODUCTION LLC. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 3,000,000.00 |
| 2019/1/16 | KINGS OFFER PTE LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 570,000.00 |
| 2019/1/30 | KINGS OFFER PTE LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 550,000.00 |
| 2019/1/31 | KINGS OFFER PTE LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 300,000.00 |
| 2019/2/2 | KINGS OFFER PTE LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 150,000.00 |
| 2019/3/22 | KINGS OFFER PTE LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 145,000.00 |
| 2019/5/22 | KINGS OFFER PTE LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2018/5/4 | KNIGHTSBRIDGE ENTERTAINMENT INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 300,000.00 |

| Date | From | To | Amount |
|---|---|---|---|
| 2018/5/23 | KNIGHTSBRIDGE ENTERTAINMENT INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 350,000.00 |
| 2018/6/5 | KNIGHTSBRIDGE ENTERTAINMENT INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 350,000.00 |
| 2019/4/4 | RAC DEVELOPMENT, INC..ACQUISITION | BASE MEDIA TECHNOLOGY GROUP LIMITED | 2,000,000.00 |
| 2019/4/9 | RAC DEVELOPMENT, INC..ACQUISITION | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,200,000.00 |
| 2019/5/7 | RAC DEVELOPMENT, INC..ACQUISITION | BASE MEDIA TECHNOLOGY GROUP LIMITED | 3,000,000.00 |
| 2019/5/17 | RAC DEVELOPMENT, INC..ACQUISITION | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,200,000.00 |
| 2019/1/16 | REAL WINNERS INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 142,000.00 |
| 2019/1/24 | REAL WINNERS INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2019/3/1 | REAL WINNERS INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 200,000.00 |
| 2019/1/17 | THE PRINCETON PROJECT INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 3,282,500.00 |
| 2019/2/8 | THE PRINCETON PROJECT INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 340,000.00 |
| 2019/3/2 | GIOVINE CAPITAL GP LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 500,000.00 |
| 2019/3/22 | 77 HOLDINGS LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,500,000.00 |
| 2019/4/8 | QI FA TRADING LIMITED | BASE MEDIA TECHNOLOGY GROUP LIMITED | 365,671.00 |
| 2019/4/3 | JULIET R CHUNG | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2019/1/30 | NG KWANG MENG ANDY/WONG XIU YING | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2019/5/20 | RAYMOND TSAI | BASE MEDIA TECHNOLOGY GROUP LIMITED | 50,000.00 |
| 2019/5/18 | ANDREW C RUCKER | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,000,000.00 |
| 2019/5/6 | CHEQUE DEPOSIT JUNGLE CRUISE | BASE MEDIA TECHNOLOGY GROUP LIMITED | 127,476.84 |
| 2019/2/28 | DAVID E. BLOOM | BASE MEDIA TECHNOLOGY GROUP LIMITED | 400,000.00 |
| 2019/3/1 | GENEXT LLC LLC 635 GROVE MANOR CT | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2019/1/30 | JU CHEN LO | BASE MEDIA TECHNOLOGY GROUP LIMITED | 20,000.00 |
| 2019/3/29 | LAU TSE YAN CINDY ADD.FLAT D, 13/F | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,142,138.44 |
| 2019/3/23 | ND PROPERTIES LLC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 1,600,000.00 |
| 2019/3/2 | THE FLYNN FAMILY 2007 TRUST | BASE MEDIA TECHNOLOGY GROUP LIMITED | 500,000.00 |
| 2019/5/25 | UN LAM CHOI | BASE MEDIA TECHNOLOGY GROUP LIMITED | 100,000.00 |
| 2019/2/1 | ZHI HUI WENG | BASE MEDIA TECHNOLOGY GROUP LIMITED | 2,000,000.00 |
| 2019/5/28 | 1/CITY 168 LIMITED | BASE MEDIA TECHNOLOGY GROUP LIMITED | 200,000.00 |
| 2019/3/1 | DARRYL H MYROSE 501 4TH ST MANHATT | BASE MEDIA TECHNOLOGY GROUP LIMITED | 500,025.00 |
| 2019/5/16 | JU CHEN LO | BASE MEDIA TECHNOLOGY GROUP LIMITED | 20,000.00 |

| Date | Lender | Borrower | USD Amount |
|---|---|---|---|
| 2019/5/29 | KCM GALAXY INC | BASE MEDIA TECHNOLOGY GROUP LIMITED | 600,000.00 |
| 2019/3/18 | LYN AUTO TRADING LTD | BASE MEDIA TECHNOLOGY GROUP LIMITED | 250,000.00 |
| 2019/1/31 | MARIA CHU | BASE MEDIA TECHNOLOGY GROUP LIMITED | 800,000.00 |
| 2019/3/16 | MOHAMED SHAABAN | BASE MEDIA TECHNOLOGY GROUP LIMITED | 200,000.00 |
| 2019/3/19 | MOHAMED SHAABAN | BASE MEDIA TECHNOLOGY GROUP LIMITED | 200,000.00 |
| 2019/3/26 | REMI/Cindy Lau/ /ORDP/LAU TSE YAN CINDY | BASE MEDIA TECHNOLOGY GROUP LIMITED | 127,411.18 |
| 2019/5/29 | ROADMAX ENTERPRISE CORP | BASE MEDIA TECHNOLOGY GROUP LIMITED | 400,000.00 |
| 2018/6/22 | STARFALL LTD. | BASE MEDIA TECHNOLOGY GROUP LIMITED | 175,000.00 |
| 2019/5/17 | WANG CHI CHEN | BASE MEDIA TECHNOLOGY GROUP LIMITED | 160,000.00 |
| 2019/10/4 | BASE FX INTERNATIONAL LIMITED | BASE MEDIA TECHNOLOGY GROUP LIMITED | 2,000,000.00 |
| | **Sub-total** | | **56,387,472.45** |
| **Date** | **Lender** | **Borrower** | **USD Amount** |
| 2019/8/2 | Remington | Duncan Studio | 200,000.00 |
| 2019/9/3 | Remington | Duncan Studio | 200,000.00 |
| 2019/11/7 | Remington | Duncan Studio | 80,000.00 |
| | **Sub-total** | | **480,000.00** |
| **Date** | **Lender** | **Borrower** | **USD Amount** |
| 2019/10/9 | Remington | BASE MEDIA TECHNOLOGY GROUP LIMITED | 168,750.00 |
| 2019/9/26 | Remington | BASE DIGITAL PRODUCTION SDN BHD | 975,609.76 |
| 2019/10/15 | Remington | BTG 北京倍飞视国际视觉艺术交流有限公司 | 1,382,823.87 |
| 2019/10/15 | Remington | BASE DIGITAL PRODUCTION SDN BHD | 975,609.76 |
| 2019/10/23 | Remington | BTG 北京倍飞视国际视觉艺术交流有限公司 | 292,811.99 |
| | **Sub-total** | | **3,795,605.37** |
| | **Total** | | **64,095,352.07** |

(b) Total RMB 30,972,100.00 paid to Base Technology Group Limited (北京倍飞视国际视觉艺术交流有限公司) on behalf of Borrower:

| Date | Lender | Borrower | RMB Amount |
|---|---|---|---|
| 30/1/2019 | 王琦甄/REMI/Kings Offer Kings Offer | BTG北京倍飞视国际视觉艺术交流有限公司 | 1,346,000.00 |
| 28/6/2019 | Beijing Gaosideng/北京高斯登影视传媒有限公司 | BTG北京倍飞视国际视觉艺术交流有限公司 | 2,199,700.00 |
| 17/4/2019 | Chengdu Taishen/成都泰申矿业有限公司 | BTG北京倍飞视国际视觉艺术交流有限公司 | 3,367,900.00 |
| 9/9/2019 | 林永超/REMI/NonResident | BTG北京倍飞视国际视觉艺术交流有限公司 | 150,000.00 |
| 9/9/2019 | 林永超/REMI/NonResident | BTG北京倍飞视国际视觉艺术交流有限公司 | 150,000.00 |
| 10/9/2019 | 林永超/REMI/NonResident | BTG北京倍飞视国际视觉艺术交流有限公司 | 56,200.00 |
| 30/9/2019 | Chengdu Taishen/成都泰申矿业有限公司 | BTG北京倍飞视国际视觉艺术交流有限公司 | 3,562,500.00 |
| 3/6/2019 | Meridian Wuxi/青春未来影视（无锡）有限公司 | BTG北京倍飞视国际视觉艺术交流有限公司 | 6,705,300.00 |
| 3/7/2019 | Meridian Wuxi/青春未来影视（无锡）有限公司 | BTG北京倍飞视国际视觉艺术交流有限公司 | 6,711,000.00 |
| 3/8/2019 | Meridian Wuxi/青春未来影视（无锡）有限公司 | BTG北京倍飞视国际视觉艺术交流有限公司 | 6,723,500.00 |
| | Total | | 30,972,100.00 |

(c) Total USD 150,000.00 paid to Harborcoat Holdings Limited and the vendor on behalf of Borrower:

| Date | USD |
|---|---|
| 4/10/2017 | 100,000.00 |
| 11/16/2018 | 50,000.00 |
| Total | 150,000.00 |

12

(e) Total MYR 471,668.00 for the payment to Base Digital Production and for the acquisition of IMACs through Lender's credit card on behalf of Borrower:

| Date | MYR |
|---|---|
| 7/4/2018 | 50,000.00 |
| 7/5/2018 | 50,000.00 |
| 7/6/2018 | 50,000.00 |
| 7/9/2018 | 50,000.00 |
| 7/10/2018 | 50,000.00 |
| 7/11/2018 | 50,000.00 |
| 7/12/2018 | 50,000.00 |
| 7/13/2018 | 50,000.00 |
| 4/2/2019 | 71,668.00 |
| **Total** | **471,668.00** |

**B.** **Repayment from Borrower to Lender:**

B1   The following spreadsheet sets out the repayments from Borrower to Lender since October 15, 2018:

| Date | Borrower | Lender | USD Amount |
|---|---|---|---|
| 2018/10/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 250,000.00 |
| 2018/10/30 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 240,000.00 |
| 2018/11/7 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 485,000.00 |
| 2018/11/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 400,000.00 |
| 2018/11/9 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 240,000.00 |
| 2018/12/27 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 300,000.00 |
| 2018/12/27 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 450,000.00 |
| 2019/1/19 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 500,000.00 |
| 2019/1/22 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 500,000.00 |
| 2019/1/24 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 500,000.00 |
| 2019/1/28 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 750,000.00 |
| 2019/1/28 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 250,000.00 |
| 2019/1/30 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 550,000.00 |
| 2019/1/31 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 650,000.00 |
| 2019/2/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 1,000,000.00 |
| 2019/2/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 2,000,000.00 |
| 2019/2/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 650,000.00 |
| 2019/2/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 940,000.00 |
| 2019/2/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 1,400,000.00 |
| 2019/2/16 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 2,000,000.00 |
| 2019/2/18 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 1,950,000.00 |
| 2019/2/20 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 300,000.00 |
| 2019/3/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 150,000.00 |
| 2019/3/5 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 180,000.00 |
| 2019/4/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 2,100,000.00 |

| Date | From | To | Amount |
|---|---|---|---|
| 2019/4/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 100,000.00 |
| 2019/4/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 146,000.00 |
| 2019/4/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 350,000.00 |
| 2019/4/10 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 800,000.00 |
| 2019/5/7 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 1,250,000.00 |
| 2018/11/9 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL CORP | 200,000.00 |
| 2017/10/3 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION HOUSE INTERNATIONAL LLC | 350,000.00 |
| 2019/3/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION HOUSE INTERNATIONAL LLC | 150,000.00 |
| 2019/4/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION HOUSE INTERNATIONAL | 75,000.00 |
| 2019/4/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FRIENDS OF PRODUCTION CAPITAL BASE | 854,000.00 |
| 2019/3/22 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FXD ART PRODUCTION LLC | 250,000.00 |
| 2019/3/23 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FXD ART PRODUCTION LLC | 1,795,000.00 |
| 2019/3/25 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FXD ART PRODUCTION LLC | 1,600,000.00 |
| 2019/4/10 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FXD ART PRODUCTION LLC | 500,000.00 |
| 2019/4/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FXD ART PRODUCTION LLC | 500,000.00 |
| 2017/12/28 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 735,000.00 |
| 2017/12/29 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 265,000.00 |
| 2018/2/23 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 400,000.00 |
| 2018/2/24 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 600,000.00 |
| 2018/3/16 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 350,000.00 |
| 2018/4/23 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 350,000.00 |
| 2018/4/24 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KNIGHTSBRIDGE ENTERTAINMENT INC | 300,000.00 |
| 2019/3/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KINGS OFFER PTE LTD | 60,000.00 |
| 2019/3/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KINGS OFFER PTE LTD | 61,063.00 |
| 2018/1/10 | BASE MEDIA TECHNOLOGY GROUP LIMITED | CHASING AIR | 350,000.00 |
| 2019/1/24 | BASE MEDIA TECHNOLOGY GROUP LIMITED | SILVER SCREEN FINANCE INC | 250,000.00 |
| 2019/3/18 | BASE MEDIA TECHNOLOGY GROUP LIMITED | SILVER SCREEN FINANCE INC | 150,000.00 |
| 2019/3/20 | BASE MEDIA TECHNOLOGY GROUP LIMITED | SILVER SCREEN FINANCE INC | 200,000.00 |
| 2019/3/22 | BASE MEDIA TECHNOLOGY GROUP LIMITED | SILVER SCREEN FINANCE INC | 367,210.00 |
| 2019/4/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | 77 HOLDINGS | 74,491.00 |

| Date | From | To | Amount |
|---|---|---|---|
| 2019/5/22 | BASE MEDIA TECHNOLOGY GROUP LIMITED | 77 HOLDINGS | 2,155,000.00 |
| 2019/3/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | 4079 Ventures LLC. | 49,000.00 |
| 2019/3/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | 4079 Ventures LLC. | 192,000.00 |
| 2019/3/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | 4079 Ventures LLC. | 143,000.00 |
| 2019/3/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 10,000.00 |
| 2019/3/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 150,000.00 |
| 2019/3/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 50,000.00 |
| 2019/3/5 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 250,000.00 |
| 2019/3/11 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 65,000.00 |
| 2019/3/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 15,000.00 |
| 2019/3/18 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 25,000.00 |
| 2019/3/27 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 300,000.00 |
| 2019/3/29 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 700,000.00 |
| 2019/4/6 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 960,000.00 |
| 2019/5/7 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 95,000.00 |
| 2019/5/7 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 225,000.00 |
| 2019/5/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 150,000.00 |
| 2019/3/5 | BASE MEDIA TECHNOLOGY GROUP LIMITED | TRANS MEDIA INC. | 100,000.00 |
| 2019/3/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | CHARLES SCHWAB AND COMPANY INC | 100,000.00 |
| 2019/5/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | CHIU KENG CHUAN | 100,000.00 |
| 2019/4/6 | BASE MEDIA TECHNOLOGY GROUP LIMITED | GOSDOM INC | 25,103.00 |
| 2019/4/10 | BASE MEDIA TECHNOLOGY GROUP LIMITED | GUOWEN LU | 100,000.00 |
| 2019/3/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KCM GALAXY INC | 562,000.00 |
| 2019/4/2 | BASE MEDIA TECHNOLOGY GROUP LIMITED | RAC DEVELOPMENT INC | 1,500,000.00 |
| 2019/3/11 | BASE MEDIA TECHNOLOGY GROUP LIMITED | HERMAN INC | 136,000.00 |
| 2019/3/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | Ju-Chen Lo | 21,000.00 |
| 2019/5/8 | BASE MEDIA TECHNOLOGY GROUP LIMITED | KCM GALAXY INC | 578,000.00 |
| 2019/3/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | Lin Li | 100,000.00 |
| 2019/4/6 | BASE MEDIA TECHNOLOGY GROUP LIMITED | REAL WINNERS INC | 12,379.54 |
| 2019/5/20 | BASE MEDIA TECHNOLOGY GROUP LIMITED | REMINGTON CHASE | 125,000.00 |

16

-EXHIBIT A-
Page 61

| Date | Borrower | Lender | Amount |
|---|---|---|---|
| 2019/3/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | WANG CHI CHEN | 18,015.58 |
| 2019/10/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PULHAM HOLDINGS LTD. | 100,000.00 |
| 2019/10/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 500,000.00 |
| 2019/10/4 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 1,000,000.00 |
| 2019/10/14 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 200,000.00 |
| 2019/10/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 300,000.00 |
| 2019/10/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | FLYING TIGERS INC | 100,000.00 |
| 2019/10/16 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 400,000.00 |
| 2019/10/17 | BASE MEDIA TECHNOLOGY GROUP LIMITED | PRODUCTION CAPITAL LLC | 100,000.00 |
| 2019/10/31 | BASE MEDIA TECHNOLOGY GROUP LIMITED | The Vergari Law Firm PLLC, Attorney Escrow | 250,000.00 |
| 2019/11/11 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FX INTERNATIONAL LIMITED | 500,000.00 |
| 2019/11/15 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BASE FX INTERNATIONAL LIMITED | 371,000.00 |
| 2019/11/19 | BASE MEDIA TECHNOLOGY GROUP LIMITED | THE VERGARI LAW FIRM PLLC ESCROW | 245,000.00 |
| 2019/11/20 | BASE MEDIA TECHNOLOGY GROUP LIMITED | THE VERGARI LAW FIRM PLLC ESCROW | 500,000.00 |
|  | **Sub-total** |  | **45,745,262.12** |
| **Date** | **Borrower** | **Lender** | **USD Amount** |
| 2018/7/24 | BASE MEDIA TECHNOLOGY GROUP LIMITED | MERIDIAN ENTERTAINMENT USA LLC | 200,000.00 |
| 2018/7/25 | BASE MEDIA TECHNOLOGY GROUP LIMITED | MERIDIAN ENTERTAINMENT USA LLC | 80,000.00 |
| 2018/10/16 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BISCUIT FILMS SDN BHD | 350,000.00 |
| 2018/11/1 | BASE MEDIA TECHNOLOGY GROUP LIMITED | BISCUIT FILMS SDN BHD | 250,000.00 |
| 2018/9/14 | Tang Bingbing | BISCUIT FILMS SDN BHD | 50,000.00 |
|  | **Sub-total** |  | **930,000.00** |
|  | **Total** |  | **46,675,262.12** |

| Date | Lender | Borrower | RMB Amount |
|---|---|---|---|
| 28/6/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Yanxi/深圳市焱溪贸易有限公司 | 2,199,700.00 |
| 30/1/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Taitanike/深圳市泰塔尼克贸易有限公司 | 1,346,000.00 |
| 30/4/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Taitanike/深圳市泰塔尼克贸易有限公司 | 3,367,900.00 |
| 11/9/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Beijing Gaosideng/北京高斯登影视传媒有限公司 | 356,200.00 |
| 30/9/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Beijing Gaosideng/北京高斯登影视传媒有限公司 | 1,940,000.00 |
| 23/10/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | 深圳市冕胺易贸易有限公司 | 2,500,000.00 |
| 11/7/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | 深圳市镇兴商贸易有限公司 | 1,000,000.00 |
| 11/21/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Beijing Gaosideng/北京高斯登影视传媒有限公司 | 1,085,000.00 |
| 2/18/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Taitanike/深圳市泰塔尼克贸易有限公司 | 4,733,610.00 |
| 3/8/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Taitanike/深圳市泰塔尼克贸易有限公司 | 6,723,500.00 |
| 3/7/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Taitanike/深圳市泰塔尼克贸易有限公司 | 6,711,000.00 |
| 3/6/2019 | BTG 北京倍飞视国际视觉艺术交流有限公司 | Shenzhen Taitanike/深圳市泰塔尼克贸易有限公司 | 6,705,300.00 |
| | Total | | 38,668,210.00 |

B2. The following spreadsheet sets out the wires from Lender to a separate company in Kuala Lumpur pursuant to the instruction of the Lender:

| Accrued Revenue | FY2018 | FY2019 | Total |
|---|---|---|---|
| FIMI Project | 126,722.62 | 2,915,432.78 | 3,042,155.40 |
| Non FIMI Project | 61,898.37 | 337,086.42 | 398,984.79 |
| SKYF | 288,328.59 | 888,955.41 | 1,177,284.00 |
| Total | 476,949.58 | 4,141,474.61 | 4,618,424.19 |

|  | Sub-total 2017 | Sub-total 2018 | Sub-total 2019 |
|---|---|---|---|
| Salaries | - | 1,492,843.88 | 3,638,754.53 |
| Statutory Contributions | - | 24,816.64 | 89,803.11 |
| Bonus | - | - | - |
| **Payroll - RGU** | - | 1,517,660.53 | 3,728,557.64 |
| Salaries | 74,563.25 | 872,260.01 | 974,157.66 |
| Statutory Contributions | - | 13,991.38 | 49,314.32 |
| Bonus | - | - | - |
| Outside Board | - | 6,554.22 | 66,070.65 |
| **Payroll - NRGU** | 74,563.25 | 892,805.61 | 1,089,542.63 |
| Utilities | - | 86,231.55 | 238,156.82 |
| Rental & Lease | - | 176,549.18 | 150,558.93 |
| Travel Expenses | 10,104.40 | 114,417.17 | 51,364.15 |
| Office Expenses | 45.00 | 66,402.81 | 97,695.12 |
| Insurance (Personnel + Commercial) | - | 34,813.51 | 85,378.04 |
| Other Personnel Cost | - | 122,668.96 | 157,159.12 |
| Outside Legal/Consulting/Audit | 21,862.00 | 67,381.81 | 10,729.84 |
| Additional Project / Finance Costs | - | - | 750,000.00 |
| Base Overhead - EXO | - | 780,000.00 | 650,000.00 |
| **Non-Payroll** | 32,011.40 | 1,448,464.98 | 2,191,042.02 |
| Hardware | - | 390,717.10 | 248,649.19 |
| Software | - | 24,997.56 | 142,267.36 |
| Furniture & Fittings | - | 173,759.26 | 1,805.78 |
| Studio/Office Construction (incl. M+E) | - | 901,201.29 | 265,823.64 |
| Data Centre/Frequency Office Construction | - | - | - |
| Project Management (for construction) | - | 27,196.79 | - |
| Workstation (computers) | - | 404,710.44 | 214,217.69 |
| **Capex** | - | 1,922,582.43 | 872,763.67 |
| **Total** | 106,574.65 | 5,781,513.56 | 7,881,905.95 |
|  | - | -0.00 |  |
| **Aggregate Total Cost** | 106,574.65 | 5,888,088.21 | 13,769,994.16 |