# EXHIBIT D

# Holdings by Fixed Income - Detailed

## Report Description

Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

## Report Criteria

| | |
|---|---|
| Account # | Equals: ▇▇▇▇▇▇▇ |
| Security Type | Equals: FIXED INCOME |
| Grouped by | Account # |
| Sorted by | Account #, CUSIP |

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                                                                    Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Primary Account Holder | FBSI Short Name | Custom Short Name | Reg Type | Reg Type Code | Account Type | Description | Symbol | Market Price |
|---|---|---|---|---|---|---|---|---|
| **Account #:** | | | | | | | | |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 08/16/2018 | -- | 99.86000 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 09/13/2018 | -- | 99.71100 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 10/11/2018 | -- | 99.55300 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 12/06/2018 | -- | 99.21100 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 08/02/2018 | -- | 99.93600 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 08/09/2018 | -- | 99.89700 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 08/30/2018 | -- | 99.78800 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 10/18/2018 | -- | 99.50900 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 11/29/2018 | -- | 99.25100 |

## Holdings by Fixed Income - Detailed

GROUPING: Account #            Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Market Value | Trade Date Quantity | Long/Short (Trade Date) | Market Price (Local Currency) | Market Value (Local Currency) | Security Type Code | Currency | CUSIP | Interest Rate |
|---:|---:|---|---|---|---|---|---|---:|
| **Account #:** ▓▓▓▓▓ | | | | | | | | |
| 2,995,800.00 | 3,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796NQ8 | .0000 |
| 3,988,440.00 | 4,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796NV7 | .0000 |
| 1,991,060.00 | 2,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796NZ8 | .0000 |
| 396,844.00 | 400,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796PE3 | .0000 |
| 999,360.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796PS2 | .0000 |
| 998,970.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796PU7 | .0000 |
| 997,880.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796PW3 | .0000 |
| 995,090.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796QD4 | .0000 |
| 992,510.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912796QL6 | .0000 |

## Holdings by Fixed Income - Detailed

GROUPING: Account #  
Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Maturity Date | Cost Basis Amount | Adjusted Cost Basis Amnt | Cost | $ Gain/Loss | % Gain/Loss | Accrued Interest | Agency | MMKT Fund Designation | MMKT Acct Designation |
|---|---|---|---|---|---|---|---|---|---|
| **Account #:** | | | | | | | | | |
| 16-Aug-2018 | -- | 2,971,968.75 | 2,971,968.75 | 23,831.25 | .80 | -- | -- | Security is Not a Money Market | Institutional |
| 13-Sep-2018 | -- | 3,956,128.29 | 3,956,128.29 | 32,311.71 | .82 | -- | -- | Security is Not a Money Market | Institutional |
| 11-Oct-2018 | -- | 1,975,194.83 | 1,975,194.83 | 15,865.17 | .80 | -- | -- | Security is Not a Money Market | Institutional |
| 06-Dec-2018 | -- | 396,786.38 | 396,786.38 | 57.62 | .01 | -- | -- | Security is Not a Money Market | Institutional |
| 02-Aug-2018 | -- | 997,791.44 | 997,791.44 | 1,568.56 | .16 | -- | -- | Security is Not a Money Market | Institutional |
| 09-Aug-2018 | -- | 998,648.13 | 998,648.13 | 321.87 | .03 | -- | -- | Security is Not a Money Market | Institutional |
| 30-Aug-2018 | -- | 993,271.67 | 993,271.67 | 4,608.33 | .46 | -- | -- | Security is Not a Money Market | Institutional |
| 18-Oct-2018 | -- | 990,886.11 | 990,886.11 | 4,203.89 | .42 | -- | -- | Security is Not a Money Market | Institutional |
| 29-Nov-2018 | -- | 992,335.69 | 992,335.69 | 174.31 | .02 | -- | -- | Security is Not a Money Market | Institutional |

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                                                           Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

| Registration and Address | RR2 | Birthday | REP Name | Brand |
|---|---|---|---|---|
| **Account #:** | | | | |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES CA 90068-2823 | -- | -- | WISEMAN | -- |

## Holdings by Fixed Income - Detailed

GROUPING: Account #  Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Primary Account Holder | FBSI Short Name | Custom Short Name | Reg Type | Reg Type Code | Account Type | Description | Symbol | Market Price |
|---|---|---|---|---|---|---|---|---|
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | U S TREAS BD STRIPPED PRIN PMT 0.00000% 11/15/2018 | -- | 99.34700 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS 1.50000% 12/31/2018 | -- | 99.69100 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS 1.50000% 01/31/2019 | -- | 99.61700 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS 1.50000% 02/28/2019 | -- | 99.53100 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS 1.62500% 03/31/2019 | -- | 99.52300 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 1.25000% 11/15/2018 | -- | 99.73700 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 1.12500% 01/15/2019 | -- | 99.48400 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 0.75000% 02/15/2019 | -- | 99.14800 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 0.87500% 05/15/2019 | -- | 98.80500 |

## Holdings by Fixed Income - Detailed

GROUPING: Account #  |  Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

| Market Value | Trade Date Quantity | Long/Short (Trade Date) | Market Price (Local Currency) | Market Value (Local Currency) | Security Type Code | Currency | CUSIP | Interest Rate |
|---:|---:|---|---|---|---|---|---|---:|
| 993,470.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912803AP8 | .0000 |
| 996,910.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828A75 | 1.5000 |
| 996,170.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828B33 | 1.5000 |
| 1,990,620.00 | 2,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828C24 | 1.5000 |
| 1,990,460.00 | 2,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828C65 | 1.6250 |
| 4,687,639.00 | 4,700,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828M64 | 1.2500 |
| 1,989,680.00 | 2,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828N63 | 1.1250 |
| 991,480.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828P53 | .7500 |
| 988,050.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828R44 | .8750 |

## Holdings by Fixed Income - Detailed

GROUPING: Account #

Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Maturity Date | Cost Basis Amount | Adjusted Cost Basis Amnt | Cost | $ Gain/Loss | % Gain/Loss | Accrued Interest | Agency | MMKT Fund Designation | MMKT Acct Designation |
|---|---|---|---|---|---|---|---|---|---|
| 15-Nov-2018 | -- | 993,911.20 | 993,911.20 | -441.20 | -.04 | -- | -- | Security is Not a Money Market | Institutional |
| 31-Dec-2018 | -- | 995,976.56 | 995,976.56 | 933.44 | .09 | 815.217000000 | -- | Security is Not a Money Market | Institutional |
| 31-Jan-2019 | -- | 995,234.38 | 995,234.38 | 935.62 | .09 | 7044.198000000 | -- | Security is Not a Money Market | Institutional |
| 28-Feb-2019 | -- | 1,988,437.50 | 1,988,437.50 | 2,182.50 | .11 | 11576.086000000 | -- | Security is Not a Money Market | Institutional |
| 31-Mar-2019 | -- | 1,989,062.50 | 1,989,062.50 | 1,397.50 | .07 | 9856.556000000 | -- | Security is Not a Money Market | Institutional |
| 15-Nov-2018 | -- | 4,679,843.75 | 4,679,843.75 | 7,795.25 | .17 | 10536.680900000 | -- | Security is Not a Money Market | Institutional |
| 15-Jan-2019 | -- | 1,988,014.38 | 1,988,014.38 | 1,665.62 | .08 | 305.706000000 | -- | Security is Not a Money Market | Institutional |
| 15-Feb-2019 | -- | 991,562.50 | 991,562.50 | -82.50 | -.01 | 3211.325000000 | -- | Security is Not a Money Market | Institutional |
| 15-May-2019 | -- | 986,080.44 | 986,080.44 | 1,969.56 | .20 | 1569.293000000 | -- | Security is Not a Money Market | Institutional |

## Holdings by Fixed Income - Detailed

GROUPING: Account #  |  Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Registration and Address | RR2 | Birthday | REP Name | Brand |
|---|---|---|---|---|
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES      CA 90068-2823 | -- | -- | WISEMAN | -- |

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                                                                          Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

| Primary Account Holder | FBSI Short Name | Custom Short Name | Reg Type | Reg Type Code | Account Type | Description | Symbol | Market Price |
|---|---|---|---|---|---|---|---|---|
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 1.37500% 09/30/2018 | -- | 99.87900 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 1.37500% 12/31/2018 | -- | 99.64100 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS 1.25000% 01/31/2019 | -- | 99.48100 |
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NOTES 0.75000% 09/30/2018 | -- | 99.75600 |

## Holdings by Fixed Income - Detailed

GROUPING: Account # | Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Market Value | Trade Date Quantity | Long/Short (Trade Date) | Market Price (Local Currency) | Market Value (Local Currency) | Security Type Code | Currency | CUSIP | Interest Rate |
|---:|---:|---|---:|---:|---|---|---|---:|
| 1,997,580.00 | 2,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828RH5 | 1.3750 |
| 1,992,820.00 | 2,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828RY8 | 1.3750 |
| 1,492,215.00 | 1,500,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828SD3 | 1.2500 |
| 997,560.00 | 1,000,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828T42 | .7500 |

## Holdings by Fixed Income - Detailed

GROUPING: Account #  Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

| Maturity Date | Cost Basis Amount | Adjusted Cost Basis Amnt | Cost | $ Gain/Loss | % Gain/Loss | Accrued Interest | Agency | MMKT Fund Designation | MMKT Acct Designation |
|---|---|---|---|---|---|---|---|---|---|
| 30-Sep-2018 | -- | 1,995,320.00 | 1,995,320.00 | 2,260.00 | .11 | 8340.162000000 | -- | Security is Not a Money Market | Institutional |
| 31-Dec-2018 | -- | 1,990,390.63 | 1,990,390.63 | 2,429.37 | .12 | 1494.564000000 | -- | Security is Not a Money Market | Institutional |
| 31-Jan-2019 | -- | 1,491,691.40 | 1,491,691.40 | 523.60 | .04 | 8805.247500000 | -- | Security is Not a Money Market | Institutional |
| 30-Sep-2018 | -- | 994,843.75 | 994,843.75 | 2,716.25 | .27 | 2274.590000000 | -- | Security is Not a Money Market | Institutional |

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                                              Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

| Registration and Address | RR2 | Birthday | REP Name | Brand |
|---|---|---|---|---|
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES     CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES     CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES     CA 90068-2823 | -- | -- | WISEMAN | -- |
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES     CA 90068-2823 | -- | -- | WISEMAN | -- |

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                                                 Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Primary Account Holder | FBSI Short Name | Custom Short Name | Reg Type | Reg Type Code | Account Type | Description | Symbol | Market Price |
|---|---|---|---|---|---|---|---|---|
| PRODUCTION CAPITAL LLC | PRODUCTION | -- | Limited Liability Company (LLC) | LLC | Margin | UNITED STATES TREAS NTS NOTE 1.25000% 06/30/2019 | -- | 98.93400 |
| Total: | | | | | | | | |

Wealthscape is a service mark of FMR LLC.

The information contained in this Report is general in nature, should not be used for tax purposes, and is provided for informational purposes only.

Fidelity Investments is providing this Report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

Fidelity Investments is not responsible for your action or inaction as a result of this service.

Our firm is an independent company, unaffiliated with Fidelity Investments or any of its affiliates.

Clearing, custody, or other brokerage services may be provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together 'Fidelity') and which may be referred to as 'Assets Held-Away', 'Held-Away Assets', 'Held-Away Accounts' or 'Other Away Assets' (hereinafter referred to as 'Assets Held-Away') is included for informational purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC. Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity is providing this content/report as a service to your firm. You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports. Any consolidated content/report is being provided for informational purposes only and is not a substitute for brokerage account statements.

504957.9.0

## Holdings by Fixed Income - Detailed

GROUPING: Account #   Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Market Value | Trade Date Quantity | Long/Short (Trade Date) | Market Price (Local Currency) | Market Value (Local Currency) | Security Type Code | Currency | CUSIP | Interest Rate |
|---|---|---|---|---|---|---|---|---|
| 1,484,010.00 | 1,500,000.00000 | Long | -- | -- | Federal Bond | United States Dollar | 912828XV7 | 1.2500 |
| 37,944,618.00 | 38,100,000.00000 | | | -- | | | | |
| **Total:** | | | | | | | | |
| 37,944,618.00 | 38,100,000.00000 | | | -- | | | | |

Wealthscape is a service mark of FMR LLC.

The information contained in this Report is general in nature, should not be used for tax purposes, and is provided for informational purposes only.

Fidelity Investments is providing this Report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

Fidelity Investments is not responsible for your action or inaction as a result of this service.

Our firm is an independent company, unaffiliated with Fidelity Investments or any of its affiliates.

Clearing, custody, or other brokerage services may be provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together 'Fidelity') and which may be referred to as 'Assets Held-Away', 'Held-Away Assets', 'Held-Away Accounts' or 'Other Away Assets' (hereinafter referred to as 'Assets Held-Away') is included for informational purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC. Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity is providing this content/report as a service to your firm. You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports. Any consolidated content/report is being provided for informational purposes only and is not a substitute for brokerage account statements.

504957.9.0

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                   Run Date: 20-Jul-2018 | Data as of: 19-Jul-2018

| Maturity Date | Cost Basis Amount | Adjusted Cost Basis Amnt | Cost | $ Gain/Loss | % Gain/Loss | Accrued Interest | Agency | MMKT Fund Designation | MMKT Acct Designation |
|---|---|---|---|---|---|---|---|---|---|
| 30-Jun-2019 | -- | 1,483,242.19 | 1,483,242.19 | 767.81 | .05 | 1019.020500000 | -- | Security is Not a Money Market | Institutional |
|  | -- | 37,836,622.47 |  | 107,995.53 |  |  |  |  |  |
| **Total:** |  |  |  |  |  |  |  |  |  |
|  | -- | 37,836,622.47 |  | 107,995.53 |  |  |  |  |  |

Wealthscape is a service mark of FMR LLC.

The information contained in this Report is general in nature, should not be used for tax purposes, and is provided for informational purposes only.

Fidelity Investments is providing this Report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

Fidelity Investments is not responsible for your action or inaction as a result of this service.

Our firm is an independent company, unaffiliated with Fidelity Investments or any of its affiliates.

Clearing, custody, or other brokerage services may be provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together 'Fidelity') and which may be referred to as 'Assets Held-Away', 'Held-Away Assets', 'Held-Away Accounts' or 'Other Away Assets' (hereinafter referred to as 'Assets Held-Away') is included for informational purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC. Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity is providing this content/report as a service to your firm. You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports. Any consolidated content/report is being provided for informational purposes only and is not a substitute for brokerage account statements.

504957.9.0

## Holdings by Fixed Income - Detailed

GROUPING: Account #                                                                      Run Date: 20-Jul-2018  |  Data as of: 19-Jul-2018

| Registration and Address | RR2 | Birthday | REP Name | Brand |
|---|---|---|---|---|
| PRODUCTION CAPITAL LLC 6411 IVARENE AVE LOS ANGELES    CA 90068-2823 | -- | -- | WISEMAN | -- |
| Total: | | | | |

Wealthscape is a service mark of FMR LLC.

The information contained in this Report is general in nature, should not be used for tax purposes, and is provided for informational purposes only.

Fidelity Investments is providing this Report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

Fidelity Investments is not responsible for your action or inaction as a result of this service.

Our firm is an independent company, unaffiliated with Fidelity Investments or any of its affiliates.

Clearing, custody, or other brokerage services may be provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together 'Fidelity') and which may be referred to as 'Assets Held-Away', 'Held-Away Assets', 'Held-Away Accounts' or 'Other Away Assets' (hereinafter referred to as 'Assets Held-Away') is included for informational purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC. Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity is providing this content/report as a service to your firm. You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports. Any consolidated content/report is being provided for informational purposes only and is not a substitute for brokerage account statements.

504957.9.0