# EXHIBIT E

**From:** █████████
**Date:** January 17, 2020 at 9:57:42 AM GMT+8
**To:** poli.liang@protonmail.com
**Cc:** Kevin Robl <k.robl@prod-cap.com>, Christopher Bremble <cbremble@base-fx.com>, "Michael H. Dardzinski" <michael.dardzinski@dahuilawyers.com>, janezhao <janezhao@base-fx.com>

**Subject: Re: Singapore fundraising entity**

Spoke to the other party requesting this change.
We were given one month extension so deadline is
February 14.

I am available to catch up at any time. Let me know.

Please note BMTG does not approve any transaction or activity with the
singapore company that has BMTG as a shareholder.

Thanks.

On Fri, Jan 17, 2020 at 7:58 AM ████████
████████████████████  wrote:

I have not heard from you. Unfortunately
Base has a reporting requirement as of Tuesday of next week that
Base is no longer a shareholder of this company.

████, if we do not receive a response let's
work with ████ to file the paperwork on Monday to remove BMTG
from the Singapore company.

Thanks.