# EXHIBIT J

## BASE MEDIA CAPITAL SINGAPORE PTE. LTD.
(Incorporated in the Republic of Singapore)
Company Registration No. 201938915Z

### DIRECTOR'S RESOLUTIONS IN WRITING PURSUANT TO THE COMPANY'S CONSTITUTION

We, the undersigned, being all of the Directors of the Company do on this date, agree and consent to pass the following resolutions:

**TRANSFERS OF SHARES**

Resolved –

That, subject to the due stamping of the share transfers, the following transfers of shares, fully paid in the capital of the Company, be and are hereby approved: -

| Transferor | No. of Shares transferred | Transferee |
|---|---|---|
| Base Media Technology Group Limited | 52,000 | Ho Yuen Sin |

That the Company Secretary be instructed to register the said transfers of shares, record the name of the transferee in the Register of Members as holder of the said shares and lodge the necessary notification with the ACRA accordingly.

That upon registration of the share transfer, the old certificate be cancelled and a new certificate be issued to the abovenamed transferee and that the Common Seal of the Company be affixed onto the new certificate in accordance with its Constitution.

Dated:  **0 9 APR 2020**

**DIRECTORS**

_____ X
Ho Yuen Sin

_____ X
Liang Po Li

## SHARE TRANSFER FORM

We, **BASE MEDIA TECHNOLOGY GROUP LIMITED** (Reg NO. 1200114)
of Level 12, 28 Hennessy Road, Wanchai, Hong Kong

(hereinafter called the "**Transferor**")

IN CONSIDERATION of the sum of Singapore Dollar One only (S$1/-)

Paid by      **Ho Yuen Sin** (NRIC NO. S1789008E)
of 41A Bedok Ria Crescent, #01-45 Stratford Court, Singapore 489929

(hereinafter called the "**Transferee**")

DO HEREBY TRANSFER to the Transferee Fifty-Two Thousand (52,000) ordinary shares fully paid-up and in the undertaking called

**BASE MEDIA CAPITAL SINGAPORE PTE. LTD.**

To hold unto the said Transferee, Executors, Administrators, and Assigns, subject to the several conditions on which I held the same immediately before the execution hereof, and the said Transferee, do hereby agree to accept the said shares subject to the conditions aforesaid.

Dated:    0 9 APR 2020

IN WITNESS: -

Signed, sealed, and delivered by the **Transferor**
in the presence of:

Name of Witness: Paul Spurn
NRIC No.:
Date:

Signed on behalf of
**BASE MEDIA TECHNOLOGY GROUP LIMITED**

Director: Chris Bremble

Signed, sealed, and delivered by the **Transferee**
in the presence of:

Name of Witness: Augus Ho
NRIC No.: S9829618B
Date: 080420

Transferee: Ho Yuen Sin

# BASE MEDIA CAPITAL SINGAPORE PTE. LTD.
(Incorporated in the Republic of Singapore)
Company Registration No. 201938915Z

Date: 09 APR 2020

RICHMOND CORPORATE ADVISORY PTE. LTD.
16 Raffles Quay
#41-01 Hong Leong Building
Singapore 048581

Dear Sir/Madam

**DIRECTOR'S RESOLUTIONS DATED 09 APR 2020**

We confirm a Director's meeting has been held on 09 APR 2020 at 10am at 51 Changi Business Park Central 2, #04-05 The Signature, Singapore 486066 relating transfer of shares in the Company:-

| Transferor | No. of Shares transferred | Transferee |
|---|---|---|
| Base Media Technology Group Limited | 52,000 | Ho Yuen Sin |

We hereby attach the signed board resolutions for your record.

We also authorise you to submit the abovesaid changes to ACRA.

Yours faithfully

Ho Yuen Sin
Director



INLAND REVENUE
AUTHORITY
OF SINGAPORE

# Original

## Certificate of Stamp Duty

| | | |
|---|---|---|
| Stamp Certificate Reference | : | 023083-11SH1-1-671342520 |
| Stamp Certificate Issued Date | : | 09/04/2020 |
| | | |
| Applicant's Reference | : | RCA0001562 |
| Document Reference Number | : | 2020040900354 ver. 1.0 |
| Document Description | : | **Share Transfer (Ad valorem)** |
| Date of Document | : | 09/04/2020 |

| | | |
|---|---|---|
| Consideration | : | S$ 1.00 |
| Stocks and Shares | : | 52000 shares in BASE MEDIA CAPITAL SINGAPORE PTE. LTD. (UEN-LOCAL CO - 201938915Z) |
| Transferor | : | BASE MEDIA TECHNOLOGY GROUP LIMITED (OTHERS - 1200114) |
| Transferee | : | HO YUEN SIN (NRIC - S1789008E) |
| Stamp Duty | : | S$ 104.00 |
| **Total Amount** | : | **S$ 104.00** |

*To confirm if this Stamp Certificate is genuine, you may do an authenticity check at https://estamping.iras.gov.sg.*

SXXXX913B - 09/04/2020
2020040900354
5c774f2ccd9452a8e4e4b99c16580136

023083-11SH1-1-671342520

Page 1 of 1



# Acknowledgement

**Transaction Details**

| | |
|---|---|
| UEN | Entity Name |
| 201938915Z | BASE MEDIA CAPITAL SINGAPORE PTE. LTD. |
| Transaction Number | Date & Time |
| C200201338 | 09/04/2020 13:03:05 |

| Descriptions | Amount(SGD) |
|---|---|
| Transfer of Shares/ Update List of Members | 0.00 |

Paid Amount    SGD  0.00

**Message Section**

Your transaction has been submitted successfully.

Rate our e-Service



# Transfer of Shares/ Update List of Members

## Company Information

| UEN | Entity Name |
|---|---|
| 201938915Z | BASE MEDIA CAPITAL SINGAPORE PTE. LTD. |

| Type of Change | Sub - Type of Change |
|---|---|
| Transfer of Share | Transfer of Share |

**Company Type**
PRIVATE COMPANY LIMITED BY SHARES

## Transfer of Shares Information

| Transfer From | Transfer To | Currency | Ordinary | Preference | Others | Date Of Transfer |
|---|---|---|---|---|---|---|
| BASE MEDIA TECHNOLOGY GROUP LIMITED | HO YUEN SIN | SINGAPORE, DOLLARS | 52000 | 0 | 0 | 09/04/2020 |

## Change in Share Capital Details

**1. Currency: SINGAPORE, DOLLARS**

| Class of Shares | Details | Before | After |
|---|---|---|---|
| Ordinary | Number of Shares | 140000 | 140000 |
| | Amount of Issued Share Capital | 140000 | 140000 |
| | Amount of Paid Up Share Capital | 140000 | 140000 |
| Preference | No data to display | | |
| Others | No data to display | | |

## List of New Shareholders

| Identification No. / UEN | Name | Category | Identification Type / Nationality | Address |
|---|---|---|---|---|
| No data to display | | | | |

## Change in Shareholder Details

| Identification No./Name | Currency/Class | Details | Before | After |
|---|---|---|---|---|
| S1789008E - HO YUEN SIN | SINGAPORE, DOLLARS - (SGD) / Ordinary | Number of Shares | 60000 | 112000 |
| | | Amount of Paid Up Share Capital | 60000 | 112000 |
| | SINGAPORE, DOLLARS - (SGD) / Preference | No data to display | | |
| | SINGAPORE, DOLLARS - (SGD) / Others | No data to display | | |

| | | | | |
|---|---|---|---|---|
| T19UF7099H - BASE MEDIA TECHNOLOGY GROUP LIMITED | SINGAPORE, DOLLARS - (SGD) / Ordinary | Number of Shares | 80000 | 28000 |
| | | Amount of Paid Up Share Capital | 80000 | 28000 |
| | SINGAPORE, DOLLARS - (SGD) / Preference | No data to display | | |
| | SINGAPORE, DOLLARS - (SGD) / Others | No data to display | | |

### Shares held in Trust - Shareholders

| Identification No. / UEN | Currency/Class | Shares held in trust | Name of the trust |
|---|---|---|---|
| No data to display | | | |

### Group Shares

| Group Name | Currency/Class | Details | Before | After |
|---|---|---|---|---|
| No data to display | | | | |

### List of Shareholders in Group

| Identification No. / UEN | Name | Group Name |
|---|---|---|
| No data to display | | |

### Declaration

I, TAN HUI JUN DEANNA declare the above information submitted is true and correct to the best of my knowledge. I am aware I may be liable to prosecution if I submit any false or misleading information in this form.




# Stamp Share Transfer

## Contact

| | |
|---|---|
| Your Reference Number for the case | RCA0001562 |
| Name | RICHMOND CORPORATE ADVISORY PTE LTD |
| Contact No. | 64230777 |
| Date of Submission | 09 Apr 2020 |

## Document

| | |
|---|---|
| Document Reference Number | |
| Document Version No. | 1.0 |
| Document Description | Share Transfer (Ad valorem) |
| Type of Document | Electronic |
| Date of Document | 09 Apr 2020 |
| Consideration Amount | S$ 1.00 |

## Target Company

| | |
|---|---|
| Transfer of Shares in (Name of Company) | BASE MEDIA CAPITAL SINGAPORE PTE. LTD. |
| Company is | Newly incorporated within 18 months |
| Entity Type | UEN-LOCAL CO |
| Entity Number | 201938915Z |
| Date of Incorporation | 18 Nov 2019 |

| Subscription Price Per Share | S$ 1.00000 |
|---|---|
| Number of Shares Transferred | 52,000 |
| Total Subscription Price | S$ 52,000.00000 |

### Stamp Duty Charges

| Stamp Duty | S$ 104.00 |
|---|---|
| Total Amount Payable | S$ 104.00 |
| Payment Due Date | 23 Apr 2020 |

**Transferor**

| Name | Identity Type | Identity No. |
|---|---|---|
| BASE MEDIA TECHNOLOGY GROUP LIMITED | OTHERS | 1200114 |

**Transferee**

| Name | Identity Type | Identity No. | Mailing Address |
|---|---|---|---|
| HO YUEN SIN | NRIC | S1789008E | 41A, BEDOK RIA CRESCENT, #01-45, S(489929) |

### Declaration

I declare that:
- The information given in this form is true, correct and complete to the best of my knowledge.
- I am aware that there are penalties for furnishing an incorrect or late stamping.