# EXHIBIT K

FIRST AMENDED REVOLVING CREDIT FACILITY AGREEMENT

This First Amended Revolving Credit Facility Agreement ("Agreement") is entered into by and between (i) **Base Media Technology Group Limited**, with offices at Level 12, 28 Hennessy Road Wanchai, Hong Kong, (ii) **Shanghai Base Culture Media Co., Ltd. (Base Media PRC-1)**, with offices at Room 3026, Unit 3, No. 2879 LongTeng Road, XuHui District, Shanghai PRC, (iii) **Base Animation Malaysia**, with offices at Unit M2-1, Level 2, The Vertical, Podium Avenue 3 The Bangsar South City, NO 8 JALAN KERINCHI, 59200, Kuala Lumpur, and (iv) **Base Technology Group Limited (Base Media PRC-2)**, with offices at Room 301, Floor 3, ZhongYu Plaza, No. 6 Gong Ti North Road, Chaoyang District, Beijing (hereinafter and jointly and severally referred to as **Base FX**) ("Borrower"), on the one hand, and **Cambridge Sarnano, Ltd.** ("Lender"), on the other, on this 1st day of August, 2019.

**WHEREAS**, the Lender has previously made certain capital available to Borrower on a revolving basis, the proceeds of which shall be placed by the Borrower into various loans, capital advances, and other financing instruments offered by Base FX (and/or its affiliates) to producers of motion pictures for pre-production, post-production and other related off-budget expenses (the "Short Duration Loans");

**WHEREAS**, the terms of the capital advanced by Lender to Borrow were set forth in prior agreements, which terms shall be restated herein;

**WHEREAS**, the Borrower has requested that the Lender make available to the Borrower a revolving advance facility in an amount up to One Hundred Million and No/100 Dollars ($100,000,000.00) (the "Revolving Facility") for such Short Duration Loans; and

**WHEREAS**, the Lender, subject to its financial wherewithal, is willing to make the Revolving Facility (as defined herein) available to the Borrower upon the terms and subject to the conditions set forth herein;

**NOW, THEREFORE**, in consideration of the foregoing and for other good and valuable consideration, the receipt and adequacy of which hereby are acknowledged, the Borrower and the Lender hereby agree as follows:

1. <u>Facility Amount</u>.   Lender agrees to make the Revolving Facility available to Borrower in the sum of One Hundred Million and No/100 Dollars ($100,000,000.00), subject to the conditions herein and to the financial wherewithal and discretion of Lender to provide such capital.

2. <u>Purpose</u>. The proceeds of the Revolving Facility will be used by Borrower to provide Short Duration Loans to fund certain obligations in connection with certain motion pictures (the "Pictures") in accordance with terms to be negotiated and approved by Borrower. The list of Pictures to which funds from the Revolving Facility have been allocated are, and shall continue to be, set forth in Schedule A, annexed hereto, and made a part of this Agreement, which Schedule A shall be updated by modification from time to time as appropriate.

      3.    <u>Repayment of Loan; Due Date</u>. Borrower agrees to repay the Loan plus interest as set forth for each particular Picture in Schedule A, on or before the date that is ten (10) business days following delivery of the picture, for Short Duration Loans allocated to off-budget or post-production expenses, and upon commencement of principal photography for Short Duration Loans allocated to pre-production expenses.

      4.    <u>Representations and Warranties</u>. Borrower represents and warrants that the execution, delivery, and performance of this Agreement are not in conflict with any law or any indenture, agreement, or undertaking to which Borrower is a party or by which Borrower is bound or affected.

      5.    <u>Covenants</u>. Borrower agrees, until full and final payment of all sums outstanding under this Agreement, Borrower will promptly give oral or written notice to Lender of: (a) all litigation affecting Borrower where the amount of damages being sought exceeds $10,000; and (b) any other matter which has resulted or might result in a material adverse change in Borrower's financial condition.

      6.    <u>Security/Collateral</u>.

      6.1    Borrower has the right to acquire certain collateral in each Picture toward which a Short Duration Loan is allocated, which may include, by way of example, a security interest in and to the right, title and interest (including copyrights) in and to the story, the screenplay (including drafts, prior versions and variations thereof) and/or other musical, dramatic and/or literary material, upon which, in whole or in part, each particular Picture is or may be based, or from which each particular Picture is or may be adapted or inspired, or which otherwise may be or has been used or included in each particular Picture, including, by way of example, scripts, scenarios, screenplays, bibles, stories, treatments, novels, outlines, books, titles, concepts, manuscripts and/or other like properties or materials (the "Collateral").

      6.2    To the extent Borrower has acquired Collateral in the Picture, the Lender shall enjoy the benefit of such Collateral, on a pro-rata basis.

      7.    Default. In the event that Borrower fails to repay the Loan plus interest on the Due Date, the Loan shall bear additional interest at the rate of five percent (5%) per annum until repaid.

      8.    <u>Miscellaneous</u>.

      8.1    Further Documents. Borrower hereby agrees to execute such further documents and instruments as Lender may reasonably request in order to effectuate the terms and intentions of this Amendment and the Loan Agreement, and in the event that Borrower fails or is unable to execute any such documents or instruments, Borrower hereby irrevocably appoints Lender as its attorney-in-fact, coupled with an interest, for the purpose of executing any such documents and instruments.

8.2     This Agreement shall bind and inure to the benefit of the parties hereto and their respective heirs, personal representatives, successors and assigns; provided, however, that Borrower shall not assign this Agreement or any of the rights, duties or obligations of Borrower without the prior written consent of Lender.

8.3     No consent or waiver under this Agreement shall be effective unless in writing. No waiver of any breach or default shall be deemed a waiver of any breach or default thereafter occurring. No reliance upon or waiver of one or more provisions of this Agreement shall constitute a waiver of any other provisions hereof.

8.4     This Agreement may be executed and delivered in counterparts, including by PDF e-mail, each of which shall be deemed to be an enforceable original and all of which together shall constitute one enforceable instrument.

IN WITNESS WHEREOF, the parties hereto have executed and delivered this agreement as of the date first above written.

LENDER
CAMBRIDGE SARNANO, LTD.

*[signature]*

Name: Ryan Vergari
Title:  Chief Executive Officer

BORROWER
BASE FX

*[signature]*

By: Chris Bremble
Title: CEO

## SCHEDULE A

| Motion Picture | Date Raised | Amt Raised | Hard Interest Rate | Payout Date |
|---|---|---|---|---|
| *Bill & Ted Face the Music* | 8/12/2019 | $3,385,000.00 | 26.00% | **PAID** 10/31/19 |
| *Wally's Wonderland* | 8/12/2019 | $3,100,000.00 | 26.00% | **PAID** 10/31/19 |
| *The Legend of Sinbad* | 9/13/2019 | $1,715,000.00 | 26.00% | |
| *The Hitman's Wife's Bodyguard* | 9/13/2019 | $3,240,362.05 | 26.00% | |
| *Chaos Walking* | 10/18/2019 | $4,202,100.00 | 26.00% | |
| *Matrix 4* | 10/18/2019 | $6,549,351.95 | 26.00% | **PAID** 2/11/20 |
| *Recharge* | 10/18/2019 | $2,248,652.74 | 26.00% | |
| *Underwater* | 11/4/2019 | $3,074,053 | 26.00% | **PAID** 1/03/20 |
| *Dolittle* | 11/4/2019 | $3,331,250 | 26.00% | **PAID** 1/10/20 |
| *The King's Man* | 11/4/2019 | $1,735,000 | 26.00% | **PAID** 1/24/20 |
| *Fantasy Island* | 11/25/2019 | $700,000 | 26.00% | **PAID** 1/24/20 |
| *The Invisible Man* | 12/2/2019 | $2,385,000 | 26.00% | **PAID** 2/25/20 |
| *A Quiet Place: Part II* | 12/2/2019 | $2,385,000 | 26.00% | **PAID** 3/29/20 |
| *Godzilla vs. Kong* | 12/2/2019 | $1,410,000 | 26.00% | |
| Untitled *Saw* Franchise Project | 12/13/2019 | $800,000 | 26.00% | |
| *Monster Problems* | 12/20/2019 | $3,017,500 | 26.00% | |
| *Bureau 749* | 12/20/2019 | $1,166,000 | 26.00% | |
| *Antebellum* | 12/20/2019 | $2,377,500 | 26.00% | |