| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>AARON S. DYER (SBN: 161798)<br>KIMBERLY D. JAIMEZ (SBN: 271235)<br>CASSANDRA N. LOVE (SBN: 342723)<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>Telephone:     213.488. 7321<br>Facsimile:      213.226.4138<br>*Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8<br>9<br>10<br>11 | BASE MEDIA TECHNOLOGY GROUP LIMITED, *a Hong Kong Corporation*<br><br>              Plaintiff,<br>     vs. | Case No. 2:22-cv-01954<br><br>**PLAINTIFF BASE MEDIA TECHNOLOGY GROUP LIMITED'S CORPORATE DISCLOSURE STATEMENT [Fed. R. Civ. P. 7.1]**<br><br>**JURY TRIAL DEMANDED** |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | REMINGTON "BILL" CHASE, *an individual*; KEVIN ROBL, *an individual;* PRODUCTION CAPITAL CORP.*, a California corporation*; PRODUCTION CAPITAL LLC, *a Delaware limited liability company*; PRODUCTION CAPITAL ENTERTAINMENT, INC., *a California corporation*; PRE PRODUCTION CAPITAL LLC, *a Delaware corporation*; PRODUCTION CAPITAL LEGACY PARTNERS, LP, *a Delaware limited partnership*; FRIENDS OF PRODUCTION CAPITAL, *a Delaware limited liability company*; FRIENDS OF PRODUCTION CAPITAL II, LLC., *a Delaware limited liability company*; THE PRODUCTION HOUSE LTD.*, a Colorado corporation*; PRODUCTION HOUSE OF CINEMA, INC., *a California corporation*; PRODUCTION HOUSE INTERNATIONAL, LLC, *a Wyoming Limited Liability Company*; KNIGHTSBRIDGE ENTERTAINMENT INC.*, a Colorado corporation*; CHASING AIR, INC., *a California corporation*; BASE FXD ART PRODUCTION LLC.,*a United Arab Emirates limited liability corporation*; | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4 | BASE FX, INC., *a Colorado corporation*;<br>BASE PRODUCTIONS TRINIDAD, *a Trinidad corporation*; and DOES 1-50, *inclusive*.<br><br>            Defendants. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1  Pursuant to Fed. R. Civ. P. 7.1, plaintiff Base Media Technology Group
2  Limited ("Base") provides the following statement:
3  Base states that: (1) Ease Fortune (HK) Investment Limited (Sunac Culture HK)
4  owns 72% of the shares in Base; and (2) no public corporation directly owns 10% or
5  more of Base's shares.

Dated: March 24, 2022

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Aaron S. Dyer*
AARON S. DYER
KIMBERLY D. JAIMEZ
CASSANDRA N. LOVE

*Attorneys for Plaintiff*