AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BASE MEDIA TECHNOLOGY GROUP LIMITED, a Hong Kong Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> REMINGTON "BILL" CHASE, an individual; KEVIN ROBL, an individual; PRODUCTION CAPITAL CORP., a California corporation; (See Attachment #1) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-cv-01954 -RSWL (Ex) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REMINGTON "BILL" CHASE
6411 Ivarene Avenue, Los Angeles CA 90068

KEVIN ROBL
217 S. San Rafael Avenue, Pasadena CA 91105

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  PILLSBURY WINTHROP SHAW PITTMAN LLP
Aaron S. Dyer, Esq.
Kimberly D. Jaimez, Esq.
Cassandra N. Love, Esq.
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5224

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 03/25/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01954 -=RSWL (Ex)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

PILLSBURY WINTHROP SHAW PITTMAN LLP
AARON S. DYER (SBN: 161798)
KIMBERLY D. JAIMEZ (SBN: 271235)
CASSANDRA N. LOVE (SBN: 342723)
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5406
Telephone:    213.488. 7321/3637
Facsimile:    213.226.4138
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASE MEDIA TECHNOLOGY GROUP LIMITED, *a Hong Kong Corporation*<br>Plaintiff,<br><br>vs.<br><br>REMINGTON "BILL" CHASE, *an individual*; KEVIN ROBL, *an individual;* PRODUCTION CAPITAL CORP*., a California corporation*; PRODUCTION CAPITAL LLC, *a Delaware limited liability company*; PRODUCTION CAPITAL ENTERTAINMENT, INC*., a California corporation*; PRE PRODUCTION CAPITAL LLC, *a Delaware corporation*; PRODUCTION CAPITAL LEGACY PARTNERS, LP, *a Delaware limited partnership*; FRIENDS OF PRODUCTION CAPITAL, *a Delaware limited liability company*; FRIENDS OF PRODUCTION CAPITAL II, LLC*., a Delaware limited liability company*; THE PRODUCTION HOUSE LTD*., a Colorado corporation*; PRODUCTION HOUSE OF CINEMA, INC*., a California corporation*; PRODUCTION HOUSE INTERNATIONAL, LLC, *a Wyoming Limited Liability Company*; | Case No. 2:22-cv-01954<br><br>**COMPLAINT FOR:**<br>**(1) Fraud**<br>**(2) Fraudulent Inducement**<br>**(3) Trade Name Infringement**<br>**(4) Trade Libel**<br>**(5) Breach of 2019 Loan Agreement**<br>**(6) Breach of December 2019 Agreement**<br>**(7) Civil Conspiracy**<br>**(8) Declaratory Judgment**<br><br>**JURY TRIAL DEMANDED** |

Attachment #1 to Summons            Case No: 2:22-CV-01954

| | |
|---|---|
| 1 | KNIGHTSBRIDGE ENTERTAINMENT INC., *a Colorado corporation*; |
| 2 | CHASING AIR, INC., *a California corporation*; BASE FXD ART |
| 3 | PRODUCTION LLC., *a United Arab Emirates limited liability corporation*; |
| 4 | BASE FX, INC., *a Colorado corporation*; BASE PRODUCTIONS TRINIDAD, *a* |
| 5 | *Trinidad corporation*; and DOES 1-50, *inclusive*. |
| 6 | |
| 7 | Defendants. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BASE MEDIA TECHNOLOGY GROUP LIMITED v. REMINGTON "BILL" CHASE, et al.
Case No. 2:22-cv-01954

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

**REMINGTON "BILL" CHASE**
6411 Ivarene Avenue
Los Angeles CA 90068

**KEVIN ROBL**
217 S. San Rafael Avenue
Pasadena CA 91105

**PRODUCTION CAPITAL CORPORATION**
3511 Jack Northrop Avenue
Hawthorne CA 90250

**PRODUCTION CAPITAL LLC,**
6411 Ivarene Avenue
Los Angeles CA 90068

**PRODUCTION CAPITAL ENTERTAINMENT, INC.**
3511 Jack Northrop Avenue
Hawthorne CA 90250

**PRE PRODUCTION CAPITAL LLC**
515 Figueroa Street, 16th Floor
Los Angeles CA 90071

1

### PRODUCTION CAPITAL LEGACY PARTNERS,
6411 Ivarene Avenue
Los Angeles CA 90068

### FRIENDS OF PRODUCTION CAPITAL,
6411 Ivarene Avenue
Los Angeles CA 90068

### FRIENDS OF PRODUCTION CAPITAL II LLC
6411 Ivarene Avenue
Los Angeles CA 90068

### KNIGHTSBRIDGE ENTERTAINMENT INC.
30765 Pacific Coast Hwy, Ste. 369
Malibu CA 90265

### THE PRODUCTION HOUSE LTD.
30765 Pacific Coast Hwy, Ste. 369
Malibu CA 90265

### PRODUCTION HOUSE OF CINEMA, INC.
4182 N. Viking Way
Long Beach CA 90808

### PRODUCTION HOUSE INTERNATIONAL, LLC
3507 Jack Northrup Avenue
Hawthorne CA 90250

### CHASING AIR, INC.
30765 Pacific Coast Highway, Ste. 369
Malibu CA 90265

### BASE FXD ART PRODUCTION LLC,
M05 Bost Investment Bld., PO Box 186696
Deira Dubai, UAE

**BASE FX, INC.**
30765 Pacific Coast Highway, Ste. 369
Malibu CA 90265

**BASE PRODUCTIONS TRINIDAD**
Level 2, #49 Dundonald Street
Port of Spain, Trinidad & Tobago

3

Attachment #2 to Summons