UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-01954-SB-E | Date: | July 25, 2022 |
|---|---|---|---|

| Title: | *Base Media Technology Group Limited v. Remington Bill Chase et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

      On June 17, 2022, the Court denied without prejudice Plaintiff's ex parte application for leave to serve Defendants Remington Chase and Kevin Robl by email and granted Plaintiff an extension of time until July 22, 2022 to complete service on Chase and Robl.  Dkt. No. 23.  That deadline has expired, and Plaintiff has not filed proofs of service on Defendants Chase and Robl or any request for additional time to complete service.  Plaintiff has filed proofs of service on seven of the other Defendants, Dkt. Nos. 24–30, but their answers were due in early June, and Plaintiff has not sought entry of default against them.  As to the remaining Defendants, Plaintiff has neither filed proofs of service nor requested an extension of time to complete service.  More than 90 days have passed since Plaintiff filed its complaint on March 24, 2022.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

      Accordingly, Plaintiff is ordered to show cause, in writing, no later than **August 1, 2022** why this action should not be dismissed for lack of prosecution. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.