| Attorney or Party without Attorney:<br>AARON S. DYER (SBN 161798)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, 36th Floor<br>Los Angeles, CA 90017<br>  Telephone No: 213-488-7558<br>  Attorney For: Plaintiff | Ref. No. or File No.: | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: BASE MEDIA TECHNOLOGY GROUP LIMITED, a Hong Kong Corporation<br>Defendant: REMINGTON "BILL" CHASE, an individual; et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-01954-RSWL-E |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff Base Media Technology Group Limited's Corporate Disclosure Statement; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiff's Notice Of Related Civil Cases; Plaintiff's Notice Of Pendency Of Other Actions Or Proceedings; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. a. Party served:    PRODUCTION CAPITAL LEGACY PARTNERS, LP, a Delaware limited partnership
   b. Person served:   Allison Rathmanner, Authorized at Harvard Business Services, Registered Agent
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   16192 Coastal Hwy, Lewes, DE 19958

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 01 2022 (2) at: 03:19 PM

6. **Person Who Served Papers:**
   a. Sean Boykevich
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $596.38

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



09/02/2022
(Date)                                                (Signature)



PROOF OF SERVICE

7599684
(5081600)