1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    AARON S. DYER (SBN: 161798)
2  NATHAN M. SPATZ (SBN: 204769)
    MELINA SPADONE (SBN: 344346)
3  DEREK M. MAYOR (SBN: 307171)
4  725 South Figueroa Street, 36th Floor
    Los Angeles, CA 90017-5524
5  Telephone:      213.488. 7321
    Facsimile:      213.226.4138
6  *Attorneys for Plaintiff*

7
                  **UNITED STATES DISTRICT COURT**
8              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9
10  BASE MEDIA TECHNOLOGY GROUP          Case No. 2:22-CV-01954-SB-E
     LIMITED, *a Hong Kong Corporation*
11                                        **PLAINTIFF BASE MEDIA**
                                          **TECHNOLOGY GROUP**
12              Plaintiff,                **LIMITED'S NOTICE OF NON-**
          vs.                             **RECEIPT OF OPPOSITION TO**
13                                        **MOTION FOR A PRELIMINARY**
     REMINGTON "BILL" CHASE, *an*         **INJUNCTION**
14  *individual*; KEVIN ROBL, *an individual;*
     PRODUCTION CAPITAL CORP., *a*
15  *California corporation*; PRODUCTION   **Date: September 30, 2022**
     CAPITAL LLC, *a Delaware limited*    **Time: 8:30 a.m.**
16  *liability company*; PRODUCTION       **Judge: Hon. Stanley Blumenfeld, Jr.**
     CAPITAL ENTERTAINMENT, INC., *a*     **Courtroom: 6C**
17  *California corporation*; PRE
     PRODUCTION CAPITAL LLC, *a*
18  *Delaware corporation*; PRODUCTION
     CAPITAL LEGACY PARTNERS, LP, *a*
19  *Delaware limited partnership*; FRIENDS
     OF PRODUCTION CAPITAL, *a*
20  *Delaware limited liability company*;
     FRIENDS OF PRODUCTION CAPITAL
21  II, LLC., *a Delaware limited liability*
     *company*; THE PRODUCTION HOUSE
22  LTD., *a Colorado corporation*;
     PRODUCTION HOUSE OF CINEMA,
23  INC., *a California corporation*;
     PRODUCTION HOUSE
24  INTERNATIONAL, LLC, *a Wyoming*
25  *Limited Liability Company*;
     KNIGHTSBRIDGE ENTERTAINMENT
26  INC., *a Colorado corporation*;
     CHASING AIR, INC., *a California*
27
28

| | |
|---|---|
| 1 | *corporation*; BASE FXD ART PRODUCTION LLC., *a United Arab Emirates limited liability corporation*; BASE FX, INC., *a Colorado corporation*; BASE PRODUCTIONS TRINIDAD, *a Trinidad corporation*; and DOES 1-50, *inclusive*. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

7   Pending before this court is Plaintiff Base Media Technology Group Limited's ("Base") Motion for Preliminary Injunction against Defendants Remington "Bill" Chase ("Chase"), Kevin Robl ("Robl"), and their companies, Production Capital Corporation, Production Capital LLC, Production Capital Entertainment, Inc., Pre Production Capital LLC, Production Capital Legacy Partners, LP, Friends Of Production Capital, Friends Of Production Capital II, LLC (collectively, "Production Capital"), The Production House Ltd., Production House Of Cinema, Inc., Production House International LLC (collectively "Production House"), Knightsbridge Entertainment Inc. ("Knightsbridge"), Chasing Air, Inc. ("Chasing Air"), Base FXD Art Production LLC, Base FX, Inc., and Base Productions Trinidad (collectively, the "Fake Base Entities" and together with the rest, "Defendants") from continuing their fraudulent financing and investment scheme, which absent an order from this Court, will inflict further harm on Base and the public (the "Motion") [Dkt. 56].

Base served the Motion on Chase and Robl by email on August 18, 2022 per Order of the Court [Dkt. 52]. Any opposition to the Motion was due to be filed and served on or before September 9, 2022. *See* L.R. 7-9 (the opposition papers needed to filed no later than twenty-one days before the hearing).

As of the date of this filing, no opposition has been received or appears on the Court's docket. *See* L.R. 7-12 and Standing Order for Civil Cases Assigned to Judge Standly Blumenfeld, Jr. 6(b)(iii) (A failure to timely file and opposition "may be deemed consent to the granting . . . of the motion.") Furthermore, as of September 2,

2022, Defendants Chase and Robl are in default pursuant to Fed. R. Civ. Proc. 55(a). *See* Dkt. 72-73.  Accordingly, Base respectfully requests that this Court to grant the Motion in its entirety and enter an order that:

    1. enjoins Defendants from entering into or pursuing any contracts, fundraising, or other business activities using the Base name, including representing any relation to Base or its affiliates, employees, officers, directors, or agents; and

    2. enjoins Defendants from using Base's name or trademark or inferring a relationship with Base or its affiliates, employees, officers, directors, or agents, in any marketing, advertising, fundraising, or other transaction, either professional or personal.

Dated: September 23, 2022

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ Nathan M. Spatz*
    AARON S. DYER
    NATHAN M. SPATZ
    MELINA SPADONE
    DEREK M. MAYOR

*Attorneys for Plaintiff*