UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-01954-SB-E | Date: | September 30, 2022 |
|---|---|---|---|

| Title: | *Base Media Technology Group Limited v. Remington Bill Chase et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Aaron S. Dyer<br>Nathan M. Spatz | None Appearing |

**Proceedings:** [Minutes Of] Motion for Preliminary Injunction (Dkt. No. 56) (Held and Completed)

  Case called and appearances made. Defendants failed to appear. The Court heard from Plaintiff's counsel as to the tentative circulated in this matter by the Court. Plaintiff submitted on the tentative, which the Court will adopt.

<u>:01</u>