| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | AARON S. DYER (SBN: 161798) |
|   | NATHAN M. SPATZ (SBN: 204769) |
| 3 | MELINA SPADONE (SBN: 344346) |
|   | DEREK M. MAYOR (SBN: 307171) |
| 4 | 725 South Figueroa Street, 36th Floor |
|   | Los Angeles, CA 90017-5524 |
| 5 | Telephone:    213.488. 7321 |
| 6 | Facsimile:    213.226.4138 |
|   | *Attorneys for Plaintiff* |

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASE MEDIA TECHNOLOGY GROUP LIMITED, *a Hong Kong Corporation* | Case No. 2:22-CV-01954-SB-E |
| | **PROOF OF SERVICE** |
| Plaintiff, | |
| vs. | **Date: September 30, 2022** |
| REMINGTON "BILL" CHASE, *an individual*; KEVIN ROBL, *an individual*; PRODUCTION CAPITAL CORP., *a California corporation*; PRODUCTION CAPITAL LLC, *a Delaware limited liability company*; PRODUCTION CAPITAL ENTERTAINMENT, INC., *a California corporation*; PRE PRODUCTION CAPITAL LLC, *a Delaware corporation*; PRODUCTION CAPITAL LEGACY PARTNERS, LP, *a Delaware limited partnership*; FRIENDS OF PRODUCTION CAPITAL, *a Delaware limited liability company*; FRIENDS OF PRODUCTION CAPITAL II, LLC., *a Delaware limited liability company*; THE PRODUCTION HOUSE LTD., *a Colorado corporation*; PRODUCTION HOUSE OF CINEMA, INC., *a California corporation*; PRODUCTION HOUSE INTERNATIONAL, LLC, *a Wyoming Limited Liability Company*; KNIGHTSBRIDGE ENTERTAINMENT INC., *a Colorado corporation*; CHASING AIR, INC., *a California* | **Time: 8:30 a.m.** |
| | **Judge: Hon. Stanley Blumenfeld, Jr.** |
| | **Courtroom: 6C** |

*corporation*; BASE FXD ART PRODUCTION LLC., *a United Arab Emirates limited liability corporation*; BASE FX, INC., *a Colorado corporation*; BASE PRODUCTIONS TRINIDAD, *a Trinidad corporation*; and DOES 1-50, *inclusive*.

            Defendants.

I, Derek M. Mayor, the undersigned, hereby declare as follows:

1.  I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

2.  My email and business addresses are derek.mayor@pillsburylaw.com, 500 Capitol Mall, Suite 1800, Sacramento, CA 95814-4741. On October 4, 2022, at Sacramento, California, I served the following documents:

- **ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 82]**

on the parties listed below:

| *Plaintiff* **REMINGTON "BILL" CHASE** at 'flightcentre@flyingtigers.com'; 'r.chase@envision-entertainmentgroup.com'; 'bill@basestudios.ch' | *Plaintiff* **KEVIN ROBL** at 'kevin@roblfamily.ch'; 'k.robl@prod-cap.com'; 'kevinrobl@gmail.com'; 'kevin@basestudios.ch' |
|---|---|

in the following manner:

☒   **(BY EMAIL TRANSMISSION)** The above-referenced document(s) was/were transmitted via electronic transmission to the persons at the electronic-email addresses indicated above pursuant to Order of the Court **[Doc. 52]**.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 7, 2022, 2022 at Sacramento, California.

                                              _____
                                              Derek M. Mayor

2