UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASE MEDIA TECHNOLOGY GROUP LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REMINGTON BILL CHASE et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01954-SB-E<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

　　　Plaintiff Base Media Technology Group Limited filed this action against 17 Defendants in March 2022. Dkt. No. 1. No Defendant has appeared, and Plaintiff has obtained entries of default against many Defendants and has voluntarily dismissed its claims against others. On October 3, 2022, the Court granted Plaintiff's motion for a preliminary injunction only as to Defendants Remington "Bill" Chase and Kevin Robl. Dkt. No. 82. More than four months have now passed since the issuance of the injunction, and it does not appear that Plaintiff has taken any further action to prosecute its claims against any Defendants. Accordingly, Plaintiff is ORDERED to show cause in writing no later than February 16, 2023, why its claims should not be dismissed for lack of prosecution. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

　　　IT IS SO ORDERED.

Date: February 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge